# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO EASTERN DIVISION

| | |
|---|---|
| **GWENDOLYN HOLLBACK,**<br><br>**Plaintiff**<br><br>v.<br><br>**UNITED SERVICE BUREAU OF MEDIATION, INC.,**<br><br>**Defendant** | Case No. 2:13-cv-945<br><br>**Magistrate Judge Abel** |

## AGREED JUDGMENT ENTRY STAYING PROCEEDINGS

Plaintiff, Gwendolyn Hollback, and Defendant, Joseph Guarino, by and through their undersigned counsel, have reached a tentative agreement to finally resolve this matter including all claims against all parties, and seek a stay of proceedings for four months in connection therewith.  Therefore, this matter and all scheduled dates shall be stayed until November 1.  On or before that date, the parties shall file a stipulated dismissal of this matter in accordance with F.R.C.P. 41(A)(1)(ii), otherwise this matter shall be returned to the active docket and a case management conference held to reschedule the timeline of proceedings.

IT IS SO ORDERED.

                                                                                 s/Mark R. Abel_____
                                                                                 **Magistrate Judge Abel**

Submitted & Approved By:

| | |
|---|---|
| s/Michael L. Fine_____<br>Michael L. Fine (0077131)<br>3637 South Green Road, 2nd Floor<br>Beachwood, OH  44122<br>Phone & fax:  (216) 292-8884<br>mfine@ohioconsumerlawyer.com | s/Gregory Barwell_____<br>Gregory Barwell (0070545)<br>Wesp/Barwell, LLC<br>6400 Riverside Drive, Suite D<br>Dublin, Ohio 43017<br>P: 614-341-7576  /  Fax:  614-540-7466 |